**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 13 No.    15-25842 |
| Lavan F Bradshaw and Alicia R Bradshaw | Judge    A. Benjamin Goldgar |
| Debtors | |

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on February 22, 2019, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

/s/ Matthew C. Abad

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on February 22, 2019 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Matthew C. Abad
Matthew C. Abad ARDC# 6257858

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1598

**SERVICE LIST**

Lavan F Bradshaw and Alicia R Bradshaw
13711 School Street
Riverdale, IL 60827

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Daniel J. Winter
Law Offices of Daniel J Winter
53 W. Jackson Suite 718
Chicago, IL 60604